DANA ALDEN FOX, S.B. # 119761
BARBARA S. HUFF, S.B. # 148995
**LYNBERG & WATKINS**
A Professional Corporation
888 South Figueroa Street
Los Angeles, CA 90017
Phone: (213) 624–8700
Fax: (213) 892–2763
E-mail: bhuff@lynberg.com

E-FILED 08-12-08

JS - 6

Attorneys for Defendants SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, DEPUTY ERIC WILLIAMS AND DEPUTY RICHARD GARCIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BARBER, <br><br> Plaintiff, <br><br> v. <br><br> SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, DEPUTY ERIC WILLIAMS AND DEPUTY RICHARD GARCIA <br><br> Defendants. | CASE NO: EDCV 06-607 PSG (Ex) <br><br> Complaint Filed: June 16, 2006 <br><br> **[PROPOSED] JUDGMENT** |

The Motions for Summary Judgment of Defendants San Bernardino County Sheriff's Department, Deputy Eric Williams, and Deputy Daniel Garcia ("Defendants") against Plaintiff John Barber ("Plaintiff") were decided without oral argument. Fed. R. Civ. P. 78; Local R. 7-15.

On October 2, 2007, United States District Judge Philip S. Gutierrez, having fully reviewed and considered the pleadings, evidence presented, and the issues presented, rendered the decision that,

Defendants' Motion for Summary Judgment be granted in part and denied in part. Summary Judgment be granted in favor of Defendant County of San Bernardino

County Sheriff's Department on Claim I, with prejudice.  Summary judgment be granted in favor of Defendant Eric Williams on Claim II, without prejudice. Summary judgment be granted in favor of Defendant Richard Garcia on Claim III, with prejudice, only to the extent claim III alleged that Defendant Garcia was deliberately indifferent to Plaintiff's allegedly serious medical needs.  Summary judgment is denied on the retaliation claim alleged in Claim III, without prejudice.   The Court allowed Defendants to bring another summary judgment motion on the remaining claim.

On July 29, 2008,  United States District Judge Philip S. Gutierrez having fully reviewed and considered the pleadings, evidence presented, and the issues presented, rendered the decision that,

Defendants' Motion for Summary Judgment on the retaliation claim alleged in Claim III be granted, with prejudice. Additionally, the Court denied plaintiff's requests in his June 5, 2008 "Affidavit: Request for Restraining Order."

IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing, that the action be dismissed on the merits and that Defendants County of San Bernardino, Deputy Eric Williams, and Deputy Richard Garcia recover their costs.

DATED: **8/11/08**

PHILIP S. GUTIERREZ
_____
United States District Judge